[No. 1481-1.    Division One—Panel 1.    February 20, 1973.]

EFREM Z. AGRANOFF, *Respondent*, v. GREAT AMERICAN INSURANCE COMPANIES, *Appellant.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 109750, Daniel T. Kershner, J., entered January 21, 1972. *Reversed* by unpublished opinion per James, J., concurred in by Swanson, C.J., and Farris, J.

[No. 1482-1.    Division One—Panel 1.    February 20, 1973.]

THE STATE OF WASHINGTON, *Respondent*, v. ROSABELLE HUNTER et al., *Appellants.*

Appeal from a judgment of the Superior Court for King County, No. 58260, Charles Z. Smith, J., entered February 17, 1972. *Affirmed* by unpublished opinion per Farris, J., concurred in by Swanson, C.J., and James, J.

[No. 1184-1.    Division One—Panel 1.    February 20, 1973.]

THE LIBERTY BANK OF SEATTLE, *Respondent*, v. ETHEL L. LIGHTFOOT et al., *Appellants.*

Appeal from a judgment of the Superior Court for King County, No. 729227, James W. Mifflin, J., entered April 5, 1971. *Affirmed* by unpublished opinion per Williams, J., concurred in by Callow, A.C.J., and Horowitz, J.

[No. 592-3.    Division Three.    February 23, 1973.]

NILS E. C. SUNDLING et al., *Appellants*, v. THE ESTATE OF AUSTIN L. SYLVESTER et al., *Respondents.*

Appeal from a judgment of the Superior Court for Okanogan County, No. 18353, Lawrence Leahy, J., entered January 10, 1972. *Affirmed* by unpublished opinion per Munson, J., concurred in by Green, C.J., and McInturff, J.